EDWARD J. KOVACS, Appellant and Respondent, and HILDA R. Kovacs et al., Appellants, *v.* COUNTESS MARA, INC., et al., Respondents, and COUNTESS MARA MANUFACTURING CORPORATION, Respondent and Appellant.

Argued November 16, 1950; decided December 1, 1950.

*John B. Forrest* and *William F. Bleakley* for appellant and respondent and for Hilda R. Kovacs and another, appellants.

*Watson Washburn, Martin A. Schenck, William P. Jones* and *John W. Burke, Jr.,* for Countess Mara, Inc., and another, respondents, and for respondent and appellant.

On appeal by plaintiffs: Judgment affirmed, without costs. On appeal by Countess Mara Manufacturing Corporation: Order affirmed, with costs. Question certified answered in the affirmative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.